421266

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 708 Federal Building,
316 North Robert St., St. Paul, MN 55101, Phone: (651) 848-1100

## PETITION FOR ADMISSION PRO HAC VICE

Case Number: 01-CV-2243 JRT/FN Case Title: Hormel Foods Corporation v. Cereol, S.A.,et al

**Affidavit of Movant**

I, Steven J. Wells, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice David F. Loeffler, an attorney admitted to practice in the Federal District for E.D. Wisconsin, but not admitted to the bar of this court, who will be counsel for the (✓) plaintiff ( ) defendant Hormel Foods Corporation in the case(s) listed below. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed below, and that I accept service of all papers served.

[signature] 163508 12/11/01
Signature MN Attorney License # Date

**Affidavit of Proposed Admittee**

I, David F. Loeffler, am currently a member in good standing of the U.S. District Court for the Eastern District of Wisconsin, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

David F. Loeffler [signature] 12/10/01
Type/Print Name Signature Date

Attorney License Number: WI State Bar No. 01008044

Law Firm Name & Address: Krukowski & Costello, S.C.
7111 West Edgerton Avenue
Milwaukee, Wisconsin 53220

Telephone: (414) 423-1330

Motion Granted: [signature] 1/11 DEC 12 2001
For the Court: Francis E. Dosal, Clerk Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

DEC 12 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK