254053

# UNITED STATES DISTRICT COURT
## District of Minnesota

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-CV-2243 JRT/FLN

**Affidavit of Movant**

I, R.J. Zayed, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Thomas K. Cauley, Jr. an attorney admitted to practice in the Northern District of Illinois, but not admitted to the bar of this court, who will be counsel for the( )plaintiff (x)defendant Cereol, S.A. in the case(s) listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of the case(s) listed below, and that I accept service of all papers served.

Signature: [signature] Date: 12-12-01

Minnesota Attorney License Number: 0309849

Law Firm Name & Address: Fish & Richardson P.C., P.A.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, Minnesota 55402

Telephone: (612) 335-5070 Fax: (612) 288-9696

**Affidavit of Proposed Admittee**

I, Thomas K. Cauley, Jr., am currently a member in good standing of the U.S. District Court for the Northern District of Illinois, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Type/Print Name: Thomas K. Cauley, Jr. Signature: Thomas K. Cauley, Jr. Date: 12/11/01

Attorney License Number: 6185259

Law Firm Name & Address: Sidley Austin Brown & Wood
Bank One Plaza
10 S. Dearborn Street
Chicago, IL 60603

Telephone: (312) 853-7076 Fax: (312) 853-7036

Case Number: 01-CV-2243 Judge Assigned: The Honorable John R. Tunheim

Case Title: Hormel Foods Corp. v. Cereol, S.A. et al.

Motion Granted: [signature] Date: DEC 14 2001

For the Court, Francis E. Dosal, Clerk

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

Clerk, U.S. District Court
Federal Building, Room 708
316 North Robert Street
St. Paul, Minnesota 55101

12/97

DEC 14 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK