**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

HORMEL FOODS CORPORATION, a Delaware corporation,

Plaintiff,

v.

CEREOL, S.A., a French corporation, ERIDANIA BEGHIN-SAY, a French corporation and KOIPE SOCIEDAD ANONIMA, a Spanish corporation,

Defendants.

Civil No. 01-2243 (JRT/FLN)

**ORDER**

---

David F. Loefller, KRUKOWSKI & COSTELLO, S.C., 7111 West Edgerton Avenue, Milwaukee, WI, 53220; and Steven J. Wells, DORSEY & WHITNEY, LLP, Suite 1500, 50 South Sixth Street, Minneapolis, MN, 55402-1498, for plaintiff.

Thomas K. Cauley, Jr. SIDLEY AUSTIN BROWN & WOOD, Bank One Plaza, 10 S. Dearborn Street, Chicago, Illinois, 60603; and Ann N. Cathcart Chaplin, FISH & RICHARDSON, P.C., P.A., 3300 Dain Rauscher Plaza, 60 South Sixth Street, Minneapolis, MN, 55402, for defendants.

Plaintiff's motion for a Temporary Restraining Order and for Preliminary Injunction [Docket No. 2] is **DENIED**. The Court will issue a separate memorandum opinion setting forth the Court's reasons for its decision as soon as possible.

DATED: December 14, 2001
at Minneapolis, Minnesota.

John R. Tunheim

JOHN R. TUNHEIM
United States District Judge

FILED DEC 14 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. ____
DEPUTY CLERK ____