UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| HORMEL FOODS CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>CEREOL, S.A., a French corporation, ERIDANIA BÉGHIN-SAY, a French corporation, and KOIPE SOCIEDAD ANONIMA, a Spanish corporation,<br><br>Defendants. | Civil Action No. 01-CV-2243 JRT/FLN |

**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the date by which defendant Cereol, S.A. must answer, move or otherwise respond to the Complaint in the above action is extended through and including January 15, 2002.

DORSEY & WHITNEY LLP

By: ______________________
Steven J. Wells
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

Attorneys for Plaintiff
Hormel Foods Corporation

FILED JAN 0 2 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

FISH & RICHARDSON P.C., P.A.

By: [signature]

R. J. Zayed
Ann Cathcart Chaplin
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070

Attorneys for Defendant
Cereol, S.A.

SO ORDERED this 2d day of JANUARY, 2002.

[signature]

United States Magistrate Judge

60066929.doc