UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Hormel Foods Corps.,

Plaintiff,

v.

Cereol S.A., et al.,

Defendant.

Civil No. 01-2243 JRT/FLN

**ORDER**

---

Steven Wells, for Plaintiff.
Ann N. Cathcart Chaplin for Defendant Cereol.
Cynthia Arends for Defendant Koipe.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on May 20, 2002, on Motion by Cereol S.A., Cereol Participation to Stay Discovery Pending Determination of Motion to Dismiss First Amended Complaint [#40].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that: Motion by Cereol S.A., Cereol Participation to Stay Discovery Pending Determination of Motion to Dismiss First Amended Complaint [#40] is **DENIED**.

DATED: May 23, 2002.

FRANKLIN L. NOEL
United States Magistrate Judge

FILED MAY 23 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK