UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Hormel Foods Corps.,

Plaintiff,

v.

Cereol S.A., et al.,

Defendant.

Civil No. 01-2243 JRT/FLN

**ORDER**

---

Steven Wells and Kimberly Fuhrman, for Plaintiff.
Ann N. Cathcart Chaplin for Defendant Cereol.
Cynthia Arends for Defendant Koipe.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on June 24, 2002, on the following Motions: (1) Defendant Koipe Sociedad Anonima's Motion to Stay Discovery [#52]; (2) Plaintiff's Motion to Compel Responses to Discovery Requests [#62]; and (3) Plaintiff's Motion to File Second Amended and Supplemental Complaint [#66].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

(1) Defendant Koipe Sociedad Anonima's Motion to Stay Discovery [#52] is **GRANTED** insofar as it relates to the merits of the Complaint, and **DENIED** insofar as it relates to jurisdictional issues.

(2) Plaintiff's Motion to Compel Responses to Discovery Requests [#62] is **GRANTED in part** and **DENIED in part** as follows:

A. Insofar as the Motion pertains to Plaintiff's Interrogatories 1(b) and (c), Defendant is **HEREBY ORDERED** to provide its most recent annual report on or before July 8, 2002;

B. Insofar as the Motion pertains to Plaintiff's Interrogatory Nos. 2, 3 and 5, it is **GRANTED** and Defendant is **HEREBY ORDERED** to produce all

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

responsive materials on or before July 8, 2002;

C. Insofar as the Motion pertains to Plaintiff's Interrogatory No. 4, it is **GRANTED** as it relates to the employees, agents and attorneys of Koipe Sociedad Anonima and **DENIED** as it relates to the employees, agents and attorneys of Cereol, Cereol Participations, Eridania Beghin-Say, and Medeol who are not also employees, agents and/or attorneys of Koipe. Defendant is **HEREBY ORDERED** to produce all responsive materials and documents on or before July 8, 2002;

D. Insofar as the Motion pertains to Plaintiff's Document Requests Nos. 1-7, 10 and 11, it is **GRANTED** and Defendant is **HEREBY ORDERED** to produce all responsive documents on or before July 8, 2002; and

E. Insofar as the Motion pertains to Plaintiff's Document Requests Nos. 8 and 9, it is **DENIED**.

(3) Plaintiff's Motion to File Second Amended and Supplemental Complaint [#66] is **SUSPENDED** until it is heard by the Honorable Judge John R. Tunheim on June 27, 2002.

DATED: June 25, 2002.

FRANKLIN L. NOEL
United States Magistrate Judge