UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

HORMEL FOODS CORPORATION, a Delaware Corporation,

Plaintiff,

v.

CEREOL, S.A., a French Corporation, CEREOL PARTICIPATIONS, S.A., a French Corporation, ERIDANIA BÉGHIN-SAY, S.A., a French Corporation, and KOIPE SOCIEDAD ANONIMA, a Spanish Corporation,

Defendants.

Civil File No. 01-CV-2243 JRT/FLN

**STIPULATION BY PARTIES TO FILE THE AFFIDAVIT OF KIMBERLY FUHRMAN AND THE MEMORANDUM IN SUPPORT OF HORMEL'S SECOND MOTION FOR LEAVE TO SUPPLEMENT ITS RESPONSE TO KOIPE'S MOTION TO DISMISS UNDER SEAL**

On July 18, 2002, Plaintiff Hormel Foods Corporation ("Hormel") filed its Second Motion to Supplement its Response to Defendant Koipe Sociedad Anonima's Motion to Dismiss. Pursuant to a confidentiality letter agreement signed by counsel for all parties to this case, Hormel filed under seal the Affidavit of Kimberly Fuhrman in Support of The Second Motion to Supplement Hormel's Response to Defendant Koipe's Motion to Dismiss dated July 18, 2002, and the Memorandum in Support of Hormel's Second Motion For Leave to Supplement its Response to Koipe's Motion to Dismiss. The Affidavit contains a document designated by Defendant Cereol as "confidential," and the Memorandum contains references to that confidential-designated document. The parties stipulate and agree that, in accordance with the prior agreement of the parties, these

FILED JUL 25 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

documents may be filed by the clerk under seal. The parties preserve any and all arguments they may have concerning the merits of Hormel's motion.

Dated: July 25, 2002

Thomas K. Cauley, Jr.
Brian A. McAleenan
SIDLEY AUSTIN BROWN & WOOD
Bank One Plaza
10 South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

R.J. Zayed
Ann N. Cathcart Chaplin
FISH & RICHARDSON P.C., P.A.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070

*Attorneys for Defendants*
Cereol, S.A., and Cereol Participations, S.A.

Dated: July 25, 2002

Steven J. Wells
Kimberly Fuhrman
DORSEY & WHITNEY LLP
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
Facsimile: (612) 340-2868

David F. Loeffler, Esq.
KRUKOWSKI & COSTELLO
7111 Edgerton Avenue
Milwaukee, WI 53220
Telephone: (414) 423-1330

*Attorneys for Plaintiff*
Hormel Foods Corporation

Dated: July 25 2002

David T. Schultz
Cynthia P. Arends
HALLELAND LEWIS NILAN SIPKINS & JOHNSON, P.A.
Pillsbury Center South, Suite 600
220 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 338-1838

*Attorneys for Defendant*
Koipe Sociedad Anonima

**ORDER**

IT IS HEREBY SO ORDERED.

DATED: July 25, 2002

Hon. John R. Tunheim
Judge of the United States District Court