ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

HORMEL FOODS CORPORATION, a Delaware Corporation,

Plaintiff,

v.

CEREOL, S.A., a French Corporation, CEREOL PARTICIPATIONS, S.A., a French Corporation, ERIDANIA BÉGHIN-SAY, S.A., a French Corporation, and KOIPE SOCIEDAD ANONIMA, a Spanish Corporation,

Defendants.

Civil File No. 01-CV-2243 JRT/FLN

**STIPULATION BY PARTIES TO FILE UNDER SEAL THE AFFIDAVIT OF KIMBERLY FUHRMAN (JULY 29, 2002) AND THE MEMORANDUM IN SUPPORT OF HORMEL'S MOTION TO ENFORCE THE JUNE 25, 2002, ORDER COMPELLING KOIPE TO PRODUCE DISCOVERY**

On July 29, 2002, Plaintiff Hormel Foods Corporation ("Hormel") filed a Motion to Enforce the June 25, 2002, Order Compelling Koipe to Produce Discovery and a Motion for Entry of a Protection Order. Pursuant to a confidentiality letter agreement signed by counsel for all parties to this case, and in connection with the above motions, Hormel filed under seal (1) the Affidavit of Kimberly Fuhrman in Support of Hormel's Motion to Enforce the June 25, 2002, Order Compelling Koipe to Produce Discovery dated July 29, 2002, and (2) the Memorandum in Support of Hormel's Motion to Enforce the June 25, 2002 Order Compelling Koipe to Produce Discovery. The affidavit contains

FILED ________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

confidential documents, and the memorandum contains references to those confidential documents.

In accordance with a telephone conference on July 29, 2002, between Kimberly Fuhrman, counsel for Hormel, and Cathy Orlando, Magistrate Judge Noel's Judicial Assistant, Hormel now files with the Court a stipulation (the original, signed by all parties, will follow by mail) to file under seal the Affidavit of Kimberly Fuhrman, dated July 29, 2002, and the Memorandum in support of Hormel's motion to enforce the June 25, 2002, order compelling Koipe to produce discovery. By filing this stipulation, Hormel does not waive its rights to challenge the confidentiality designation of the documents filed under seal nor do the parties waive their rights to challenge the validity of Hormel's motion.

Agreed to and acknowledged by:

Dated: ____________, 2002

______________________________

Thomas K. Cauley, Jr.
Brian A. McAleenan
SIDLEY AUSTIN BROWN & WOOD
Bank One Plaza
10 South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

R.J. Zayed
Ann N. Cathcart Chaplin
FISH & RICHARDSON P.C., P.A.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070

*Attorneys for Defendants*
Cereol, S.A., and Cereol Participations, S.A.

confidential documents, and the memorandum contains references to those confidential documents.

In accordance with a telephone conference on July 29, 2002, between Kimberly Fuhrman, counsel for Hormel, and Cathy Orlando, Magistrate Judge Noel's Judicial Assistant, Hormel now files with the Court a stipulation (the original, signed by all parties, will follow by mail) to file under seal the Affidavit of Kimberly Fuhrman, dated July 29, 2002, and the Memorandum in support of Hormel's motion to enforce the June 25, 2002, order compelling Koipe to produce discovery. By filing this stipulation, Hormel does not waive its rights to challenge the confidentiality designation of the documents filed under seal.

Agreed to and acknowledged by:

Dated: 7/30, 2002

[signature]

Thomas K. Cauley, Jr.
Brian A. McAleenan
SIDLEY AUSTIN BROWN & WOOD
Bank One Plaza
10 South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

R.J. Zayed
Ann N. Cathcart Chaplin
FISH & RICHARDSON P.C., P.A.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070

*Attorneys for Defendants*
Cereol, S.A., and Cereol Participations, S.A.

Agreed to and acknowledged by:

Dated: July 30, 2002

Steve J. Wells
Kimberly Fuhrman
DORSEY & WHITNEY LLP
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
Facsimile: (612) 340-2868

David F. Loeffler, Esq.
KRUKOWSKI & COSTELLO
7111 Edgerton Avenue
Milwaukee, WI 53220
Telephone: (414) 423-1330

*Attorneys for Plaintiff*
Hormel Foods Corporation

Agreed to and acknowledged by:

Dated: 7/30, 2002

David T. Schultz
Cynthia P. Arends
HALLELAND LEWIS NILAN SIPKINS &
JOHNSON, P.A.
Pillsbury Center South, Suite 600
220 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 338-1838

*Attorneys for Defendant*
Koipe Sociedad Anonima

**ORDER**

IT IS HEREBY SO ORDERED.

DATED: Aug 5, 2002

Franklin L. Noel

Hon. Franklin L. Noel
Magistrate Judge of the United States District Court