UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Hormel Foods Corp. Civil No. 01-2243 JRT/FLN

Plaintiff,

**ORDER**

v.

Cereol, S.A., et al.,

Defendant.

---

Kimberly Fuhrman, Esq., for Plaintiff.
Cynthia P. Arends, Esq., for Defendant.

---

**THIS MATTER** came for a hearing before the undersigned United States Magistrate Judge on August 12, 2002, on Plaintiff's Motion to Enforce the June 25, 2002 Order Compelling Koipe to Produce Discovery [#83]. Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Enforce the June 25, 2002 Order Compelling Koipe to Produce Discovery [#83] is **DENIED**.

Dated: Aug 12, 2002

FRANKLIN L. NOEL
UNITED STATE MAGISTRATE JUDGE

FILED AUG 1 2 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______