UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

HORMEL FOODS CORPORATION,
a Delaware Corporation,

Plaintiff,

v.

Cereol, S.A., a French Corporation,
Cereol PARTICIPATIONS, S.A.,
a French Corporation,
ERIDANIA BÉGHIN-SAY, a French
Corporation, and KOIPE SOCIEDAD
ANONIMA, a Spanish Corporation,

Defendants.

Civil Action No.: 01-CV-2243 JRT/FLN
Judge Tunheim

**INTERIM STIPULATION BY THE PARTIES TO FILE DOCUMENTS UNDER SEAL**

On August 12, 2002, the court will consider Hormel's Motion to Enter a Protective Order in the above-captioned matter. In the interim, the parties stipulate and agree that, in accordance with the prior agreement of the parties, all confidential-designated documents and memoranda referring to such confidential-designated documents may be filed by the clerk under seal. The parties preserve any and all argument they may have concerning the merits or the confidential-designation of any such filings.

Dated: July 31, 2002

David T. Schultz, Reg. No. 169730
Cynthia P. Arends, Reg. No. 301735
HALLELAND LEWIS NILAN SIPKINS &
JOHNSON P.A.
Pillsbury Center South, Suite 600
220 South Sixth Street
Minneapolis, Minnesota 55402-4501
Telephone: (612) 338-1838
Facsimile: (612) 338-7858

*Attorneys for Defendant*
Koipe

FILED AUG 19 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

DN: 156488

Dated: July 31, 2002

Steven J. Wells
Kimberly Fuhrman
DORSEY & WHITNEY LLP
Suite 1500, 50 South Sixth Street
Minneapolis, Minnesota 55402-1498
Telephone: (612) 340-2600
Facsimile: (612) 340-2868

David F. Loeffler, Esq.
KRUKOWSKI & COSTELLO
7111 Edgerton Avenue
Milwaukee, Wisconsin 53220
Telephone: (414) 423-1330

*Attorneys for Plaintiff*
Hormel Foods Corporation

Dated: ______________, 2002

Thomas K. Cauley,Jr.
Brian A. McAleenan
SIDLEY AUSTIN BROWN & WOOD
Bank One Plaza
10 South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

R.J. Zayed
Ann N. Cathcart Chaplin
FISH & RICHARDSON P.C., P.A.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 335-5070

*Attorneys for Defendants*
Cereol, S.A., and Cereol Participations, S.A.

Dated: ______________, 2002

______________________________
Steven J. Wells
Kimberly Fuhrman
DORSEY & WHITNEY LLP
Suite 1500, 50 South Sixth Street
Minneapolis, Minnesota 55402-1498
Telephone: (612) 340-2600
Facsimile: (612) 340-2868

David F. Loeffler, Esq.
KRUKOWSKI & COSTELLO
7111 Edgerton Avenue
Milwaukee, Wisconsin 53220
Telephone: (414) 423-1330

*Attorneys for Plaintiff*
Hormel Foods Corporation

Dated: ______________, 2002

Ann Cathcart Chaplin
Thomas K. Cauley, Jr.
Brian A. McAleenan
SIDLEY AUSTIN BROWN & WOOD
Bank One Plaza
10 South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

R.J. Zayed
Ann N. Cathcart Chaplin
FISH & RICHARDSON P.C., P.A.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 335-5070

*Attorneys for Defendants*
Cereol, S.A., and Cereol Participations, S.A.

**ORDER**

IT IS HEREBY SO ORDERED.

DATED: Aug. 19, 2002

John R. Tunheim

Hon. John R. Tunheim
Judge of the United States District Court



DN: 156058