UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

HORMEL FOODS CORPORATION,
a Delaware Corporation,

Plaintiff,

v.

Cereol, S.A., a French Corporation,
Cereol PARTICIPATIONS, S.A.,
a French Corporation,
ERIDANIA BÉGHIN-SAY, a French
Corporation, and KOIPE SOCIEDAD
ANONIMA, a Spanish Corporation,

Defendants.

Civil Action No.: 01-CV-2243 JRT/FLN
Judge Tunheim

**STIPULATION AND ORDER FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

**STIPULATION AND AGREEMENT OF COUNSEL:**

The parties stipulate that Defendant Koipe Sociedad Anonima shall have extension of time to answer ~~or otherwise plead~~. KF

THEREFORE, the parties agree that Defendant Koipe Sociedad Anonima shall serve an answer or shall otherwise plead by October 25, 2002.

Dated: Oct 10, 2002.

David T. Schultz, Reg. No. 169730
Cynthia P. Arends, Reg. No. 301735
HALLELAND LEWIS NILAN SIPKINS & JOHNSON P.A.
Pillsbury Center South, Suite 600
220 South Sixth Street
Minneapolis, Minnesota 55402-4501
Telephone: (612) 338-1838
Facsimile: (612) 338-7858

*Attorneys for Defendant*
Koipe

DN: 156488

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 10/15, 2002.

Steven J. Wells
Kimberly Fuhrman
DORSEY & WHITNEY LLP
Suite 1500, 50 South Sixth Street
Minneapolis, Minnesota 55402-1498
Telephone: (612) 340-2600
Facsimile: (612) 340-2868

David F. Loeffler, Esq.
KRUKOWSKI & COSTELLO
7111 Edgerton Avenue
Milwaukee, Wisconsin 53220
Telephone: (414) 423-1330

*Attorneys for Plaintiff*
Hormel Foods Corporation

Dated: 10/15, 2002.

Thomas K. Cauley, Jr.
Brian A. McAleenan
SIDLEY AUSTIN BROWN & WOOD
Bank One Plaza
10 South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

R.J. Zayed
Ann N. Cathcart Chaplin
FISH & RICHARDSON P.C., P.A.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 335-5070

*Attorneys for Defendants*
Cereol, S.A., and Cereol Participations, S.A.

004

**ORDER**

IT IS HEREBY SO ORDERED.

Dated: Oct. 16, 2002.

Magistrate Judge Franklin L. Noel
United States District Court

DN: 156058