UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ORIGINAL

HORMEL FOODS CORPORATION,
a Delaware Corporation,

Plaintiff,

v.

CEREOL, S.A., a French Corporation, CEREOL PARTICIPATIONS, S.A., a French Corporation, ERIDANIA BEGHIN-SAY, a French Corporation, and KOIPE SOCIEDAD ANONIMA, a Spanish Corporation,

Defendants.

01-CV-2243 JRT/FLN

**ORDER**

This matter came before the Court on Cereol, S.A. and Cereol Participations, S.A.'s Motion for Extension of Time. Based on the submissions of the parties, the arguments of counsel, and the entire record of this case, IT IS HEREBY ORDERED that:

1. Cereol, S.A. and Cereol Participations, S.A.'s motion is GRANTED.

2. Cereol, S.A. and Cereol Participations, S.A.'s time to file a notice of appeal is extended to November 29, 2002.

Dated: October 29, 2002

John R. Tunheim
John R. Tunheim
United States District Judge

FILED OCT 29 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK