UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Hormel Foods Corps.,

Plaintiff,

v.

Cereol S.A., et al.,

Defendant.

Civil No. 01-2243 JRT/FLN

**ORDER**

---

Steven Wells and Kimberly Fuhrman, for Plaintiff.
Ann N. Cathcart Chaplin and R.J. Zayed for Defendant Cereol.
Cynthia Arends for Defendant Koipe.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on December 9, 2002, on the following Motions: (1) Plaintiff's motion to extend and modify the scheduling order [#124]; and (2) Defendant's motion to stay the case [#121].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

(1) Plaintiff's motion to extend and modify the scheduling order [#124] is **GRANTED in part** and **DENIED in part** as follows:

A. Insofar as the Motion pertains to extending the pretrial schedule, it is **GRANTED.** An amended pretrial schedule will be issued; and

B. Insofar as the Motion seeks to extend the number of interrogatories and document requests, it is **DENIED**.

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendant's motion to stay the case [#121] is **DENIED**. All parties must proceed with discovery in this case pursuant to the amended pretrial schedule.

DEC 3 1 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD

DATED: 12/31, 2002.

Franklin L. Noel

FRANKLIN L. NOEL
United States Magistrate Judge