UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Hormel Foods Corps.,

Plaintiff,

v.

Cereol S.A., et al.,

Defendant.

Civil No. 01-2243 JRT/FLN

**ORDER**

---

Steven Wells and Kimberly Fuhrman, for Plaintiff.
Ann N. Cathcart Chaplin and R.J. Zayed for Defendant Cereol.
Cynthia Arends and David Schultz for Defendant Koipe.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on January 21, 2003, on Plaintiff's Motion to Compel Discovery Responses and Depositions [#138].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

Plaintiff's Motion to Compel Discovery Responses and Depositions [#138] is **GRANTED in part** and **DENIED in part** as follows:

A. Insofar as the Motion pertains to Defendant Koipe, it is **GRANTED**. Defendant must adhere to the December 31, 2002 Order of this Court without delay. Responses to discovery and depositions of witnesses must proceed forthwith.

B. Insofar as the Motion seeks to enforce the December 31, 2002 Order against Defendant Cereol, it is **DENIED** pending the resolution of the appeal by the Honorable Judge Tunheim.

DATED: JAN 30, 2003.

FRANKLIN L. NOEL
United States Magistrate Judge

FILED JAN 31 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK