UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Hormel Foods Corps.,

Plaintiff,

v.

Cereol S.A., et al.,

Defendants.

Civil No. 01-2243 JRT/FLN

**ORDER**

---

Steven Wells, for Plaintiff.
John Adkisson for Defendant Cereol.
David Schultz & Cynthia Arends for Defendant Koipe.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on May 5, 2003, on Plaintiff's Motion to Extend Deadline to Amend Pleadings or Add Parties [#163].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion to Extend Deadline to Amend Pleadings or Add Parties [#163] is **DENIED without prejudice.** If at a later date Plaintiff seeks to make amendments or add parties, they may make such a motion and the parties can litigate at that time whether or not the motion is timely; and

2. Plaintiff's Motion to Supplement the Complaint will still be heard before the undersigned on May 27, 2003.

DATED: May 7, 2003.

FRANKLIN L. NOEL
United States Magistrate Judge

FILED 5-8-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK