UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Hormel Foods Corps.,

Plaintiff,

v.

Cereol S.A., et al.,

Defendants.

Civil No. 01-2243 JRT/FLN

**ORDER**

---

Steven Wells, for Plaintiff.
Rabea Jamal Zayed for Defendant Cereol.
Cynthia Arends for Defendant Koipe.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on May 27, 2003, on Plaintiff's Motion for Leave to Supplement its Second Amended and Supplemental Complaint [#172].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that, without expressing any opinion on the applicability of the Bangor Punta doctrine to the present case, the Plaintiff's Motion for Leave to Supplement its Second Amended and Supplemental Complaint [#172] is **GRANTED**.

DATED: May 29, 2003.

Franklin L. Noel

FRANKLIN L. NOEL
United States Magistrate Judge

FILED MAY 30 2003