UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

HORMEL FOODS CORPORATION, a Delaware Corporation,

Plaintiff,

v.

CEREOL, S.A., a French Corporation, CEREOL PARTICIPATIONS, S.A., a French Corporation, ERIDANIA BEGHIN-SAY, a French Corporation, and KOIPE SOCIEDAD ANONIMA, a Spanish Corporation,

Defendants.

Civil Action No. 01-CV-2243 JRT/FLN

**STIPULATION AND PROPOSED ORDER**

This Court's December 31, 2002 Amended Pretrial Schedule provides that all discovery shall be commenced in time to be completed by October 1, 2003, and that the case shall be trial-ready no later than May 1, 2004.

Cereol S.A. ("Cereol") requested a stay of discovery pending resolution of Cereol's appeal of this Court's decision regarding arbitration. Cereol's request for a stay was denied by this Court's Order of December 31, 2002. Cereol timely appealed that order to Judge Tunheim. On January 30, 2003, this Court ordered that Cereol need not respond to discovery pending resolution of the appeal of the Court's December 31, 2002 Order.

On June 16, 2003, Judge Tunheim affirmed this Court's December 31, 2002 Order, and Cereol soon thereafter filed an emergency motion for a stay with the Eighth Circuit. On July 17, 2003, the Eighth Circuit denied Cereol's motion, and merits-based discovery with respect to Cereol commenced for the first time. Cereol responded to merits-based discovery on August 15, 2003.

FILED SEP 2 2 2003

**WHEREAS**, outstanding discovery that needs to be completed includes the production of documents, numerous depositions both in the United States and abroad, and potentially the need to subpoena witnesses pursuant to the Hague Convention.

**WHEREAS**, in recognition of the need for additional time to complete fact discovery due to the stay of merits-based discovery directed to Cereol and in the interests of judicial economy and efficiency, rather than proceed with already filed motions, Hormel, Cereol, and Koipe Sociedad Anonima ("Koipe") join in this stipulation requesting an extension of the deadlines in the Amended Pretrial Schedule.

The parties request a three-month extension of the deadline to complete fact discovery. Moreover, the parties request corresponding extensions to the remaining deadlines, including the trial-ready date.

The parties hereby jointly request that the Court enter an order amending the Scheduling Order as follows:

1. Discovery/Non-Dispositive Motions

   a. All motions which seek to amend the pleadings or add parties must be served by April 1, 2003.

   b. All non-expert discovery shall be commenced in time to be completed by January 1, 2004.

   c. No more than 25 interrogatories, including all discrete subparts, shall be served by any party.

   d. No more than 50 Requests for Admission shall be served by any party.

   e. No more than 50 Document Requests shall be served by any party.

   f. No more than 15 non-expert depositions shall be taken by any party.

   g. All nondispositive motions and supporting documents, including those which relate to discovery, shall be served by April 15, 2004. Nondispositive motions may be scheduled for hearing by calling Cathy Orlando, Calendar Clerk for Chief Magistrate Judge Franklin L. Noel, 612-663-5110. All nondispositive

motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2.

2. Expert Disclosure and Discovery

a. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

1. By Plaintiff on or before December 1, 2003.

2. By Defendants on or before December 1, 2003.

b. Full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:

1. By Plaintiff on or before January 1, 2004, with respect to initial expert reports.

2. By Defendants on or before February 1, 2004, with respect to responsive expert reports.

3. Rebuttal expert reports on or before March 1, 2004.

c. Depositions of expert witnesses shall occur on or before April 15, 2004.

d. Any expert testimony which has not been fully disclosed in accordance with this schedule shall be excluded from evidence at trial.

3. Dispositive Motions

a. All dispositive motions shall be filed prior to June 15, 2004.

b. Judge Tunheim's Calendar Clerk, Lou Jean Gleason (612-664-5083), will contact counsel with a hearing date after all papers have been submitted.

c. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b).

4. Trial

a. This case shall be ready for trial no later than July 15, 2004, at which time it will be placed on the court's jury trial calendar.

b. Trial is estimated to last 7-10 trial days.

Dated this 16 day of September, 2003.

DORSEY & WHITNEY LLP

By: [signature]
Steven J. Wells #0163508
Heather J. Klaas #0283319
Anna Shimanek #0313555
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

Attorneys for Plaintiff
Hormel Foods Corporation

Dated this 16 day of September, 2003.

HALLELAND LEWIS NILAN SIPKINS & JOHNSON, P.A.

By: [signature]
David T. Schultz #0169730
Cynthia P. Arends #0301735
Pillsbury Center South, Suite 600
220 South Sixth Street
Minneapolis, MN 55402-4501
Telephone: (612) 338-1838

Attorneys for Defendant Koipe

Dated this 16th day of September, 2003

FISH & RICHARDSON, P.C., P.A.

By: Ann N. Cathcart Chaplin
R.J. Zayed
Ann N. Cathcart Chaplin
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070

SIDLEY AUSTIN BROWN & WOOD
Thomas K. Cauley, Jr.
Brian A. McAleenan
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000

Attorneys for Defendants
Cereol, S.A., and Cereol Participations, S.A.

**IT IS SO ORDERED:** except that the [illegible] will be 5/1/04

DATED: 9/19, 2003

Franklin L. Noel
HON. FRANKLIN L. NOEL
Chief Magistrate Judge