# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 02-3908

| | | |
|---|---|---|
| Hormel Foods Corporation, a Delaware corporation, | * | |
| Appellee, | * | Appeal from the United States District Court for the District of Minnesota |
| v. | * | |
| Cereol, S.A., a French corporation, | * | 01-2243 JRT/FLN |
| Appellant, | * | |
| Eridania Beghin-Say, a French corporation; Koipe Sociedad Anonima, a Spanish corporation; | * | |
| Defendants, | * | |
| Cereol Participations, S.A., a French corporation, | * | |
| Appellant. | * | |

**JUDGMENT**

The stipulation of the parties for dismissal of this appeal is approved. The appeal is hereby dismissed in accordance with Federal Rules of Appellate Procedure 42(b).

The case is removed from the court's calendar of November 20, 2003.

The Court's mandate shall issue forthwith.

(5361-010199)

November 12, 2003

Order Entered at the Direction of the Court

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

FILED NOV 14 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK