UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Hormel Foods Corps.,

Plaintiff,

v.

Cereol S.A., et al.,

Defendants.

Civil No. 01-2243 JRT/FLN

**ORDER**

---

Anna E. Shimanek, for Plaintiff.
David Schultz, for Defendant Koipe.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on December 1, 2003, on Defendant Koipe Sociedad's Motion to Compel Documents from Plaintiff Hormel [#211].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendant Koipe Sociedad's Motion to Compel Documents from Plaintiff Hormel [#211] is **GRANTED** subject to the terms of the Protective Order already in place.

DATED: Dec 3, 2003.

FRANKLIN L. NOEL
United States Magistrate Judge

FILED DEC 4 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______