**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

HORMEL FOODS CORPORATION, Civil No. 01-2243 (JRT/FLN)

Plaintiff,

v. **ORDER OF DISMISSAL**

CEREOL S.A., et al.,

Defendants.

---

Steven J. Wells, DORSEY & WHITNEY, 50 South Sixth Street, Suite 1500, Minneapolis, MN 55402, for plaintiff.

R. J. Zayed and Ann C. Chaplin, FISH & RICHARDSON, 60 South Sixth Street, Suite 3300, Minneapolis, MN 55402, for defendant Cereol.

David T. Schlutz and Cynthia P. Arends, HALLELAND LEWIS NILAN SIPKINS & JOHNSON, 220 Sixth Street South, Ste 600, Minneapolis, MN 55402, for defendant Koipe Sociedad Anonima.

The Court having been advised that plaintiff has dismissed its claims against Cereol S.A., Cereol Participations S.A. and Eridania Beghin-Say, **IT IS HEREBY ORDERED** that Cereol S.A., Cereol Participations S.A. and Eridania Beghin-Say are **DISMISSED WITH PREJUDICE** per the stipulation filed by the parties.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: Dec. 19, 2003
at Minneapolis, Minnesota.

John R. Tunheim
JOHN R. TUNHEIM
United States District Judge

JR
DEC 22 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD DEC 22 2003
DEPUTY CLERK