UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

HORMEL FOODS CORPORATION,
a Delaware Corporation,

Plaintiff,

v.

Cereol, S.A., a French Corporation,
Cereol PARTICIPATIONS, S.A.,
a French Corporation,
ERIDANIA BÉGHIN-SAY, a French
Corporation, and KOIPE SOCIEDAD
ANONIMA, a Spanish Corporation,

Defendants.

Civil Action No.: 01-CV-2243 JRT/FLN
Judge Tunheim

**STIPULATION AND ORDER OF PARTIAL DISMISSAL WITH PREJUDICE**

---

Pursuant to Rule 41(a)(1), the parties to this action stipulate as follows:

1. All claims of Hormel Foods Corporation ("Hormel") asserted in this action against Koipe Sociedad Anonima/ Sos Cuetara ("Koipe") are dismissed with prejudice, with Hormel and Koipe to bear their own costs and fees as to such claims.

2. Koipe may be dismissed as a party from this action.

HALLELAND LEWIS NILAN
SIPKINS & JOHNSON, P.A.

By David T. Schultz
David T. Schultz, Reg. No. 169730
Pillsbury Center South, Suite 600
220 South Sixth Street
Minneapolis, Minnesota 55402-4501
(612) 338-1838

ATTORNEYS FOR DEFENDANT KOIPE
SOCIEDAD ANONIMA/ SOS CUETARA

DN: 205085

4/13/04

DORSEY & WHITNEY LLP

By [signature]
Steven J. Wells, Esq (163508)
Suite 1500
50 South Sixth Street
Minneapolis, MN 55402

ATTORNEYS FOR PLAINTIFF HORMEL FOODS CORPORATION

**ORDER**

**IT IS HEREBY SO ORDERED.**

Dated: April 19, 2004.

[signature]
John R. Tunheim
Judge of United States District Court